IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER MOONEYHAM,

Plaintiff,

v.

GRANITE CITY and TIMOTHY TUBBS,

Defendants.

Case No. 25-cv-2170-JPG

**MEMORANDUM AND ORDER**

This matter comes before the Court on its September 11, 2026, order for Plaintiff Christopher Mooneyham to show cause in writing by October 13, 2026, why this case should not be dismissed for failure to obey a Court order and for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b) and the Court's inherent authority to manage its docket. *See In re Bluestein & Co.*, 68 F.3d 1022, 1025 (7th Cir. 1995). The Court had earlier ordered Mooneyham to have new counsel enter an appearance or to notify the Court he will be proceeding pro se within 21 days of withdrawal of his retained counsel. (Doc. 27). It warned him in both orders that failure to comply could result in this case being dismissed under Federal Rule of Civil Procedure 41(b) for lack of prosecution and failure to obey a Court order as well as pursuant to the Court's inherent authority to manage its docket. *See In re Bluestein & Co.*, 68 F.3d 1022, 1025 (7th Cir. 1995). Plaintiff failed to comply with either order.

The Court has discretion to dismiss a suit for lack of prosecution. *Sroga v. Huberman*, 722 F.3d 980, 982 (7th Cir. 2013). However, it should not do so immediately after the first problem occurs and without exploring other potentially effective options. *Id.* Plaintiff should also have warning that the Court is considering dismissal. *Id.* The Court exercises its discretion to dismiss Plaintiff's lawsuit for failure to prosecute, as it warned him twice it might do. Considering his

failure to notify the Court within 21 days after counsel's withdrawal whether counsel would appear or he would continue *pro se*, and his failure to show cause in writing by October 13, 2026, why this case should not be dismissed for failure to prosecute, the Court concludes that Plaintiff has lost interest in litigating this case. Accordingly, the Court **DISMISSES** this case **without prejudice** for lack of prosecution pursuant to Rule 41(b) and the Court's inherent authority to manage its docket. *See In re Bluestein & Co.*, 68 F.3d at 1025. The Court **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: October 15, 2026**

J. Phil Gilbert

**J. PHIL GILBERT**
**DISTRICT JUDGE**