IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER MOONEYHAM,

Plaintiff,

v.

GRANITE CITY and TIMOTHY TUBBS,

Defendants.

Case No. 25-cv-2170-JPG

**JUDGMENT**

This matter having come before the Court, the plaintiff having failed to prosecute, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**MONICA A. STUMP, Clerk of Court**

Deputy Clerk

**Date: October 15, 2026**

**Approved:**

**J. PHIL GILBERT**
**DISTRICT JUDGE**